■ In the Matter of VANDER L. BEATTY et al., Appellants, v JOSEPH J. PREVITE et al., Constituting the Board of Elections of the City of New York, et al., Respondents.—In a proceeding, *inter alia,* to invalidate the election of respondents Clemmons and Jefferson, on April 6, 1976, to the party positions of State Committeeman and State Committeewoman, respectively, for the Democratic Party in the 53rd Assembly District, Kings County, and to direct that a new election for the said positions be held, petitioners appeal

from a judgment of the Supreme Court, Kings County, entered July 20, 1976, which, after a hearing, dismissed the petition. Judgment affirmed, without costs or disbursements. We agree with Special Term that the evidence adduced presents no basis for overturning the election. Rabin, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.